Joji Takada, not individually but as Ch. 7 Trustee for the Bank Estate of Carhart, Inc. v. Kexin Carhart

Adv Proc No: **18-00273**

Plaintiff v Defendant

# CERTIFICATE OF SERVICE

I, **Nathaniel Cade, Jr.**, certify that service of this summons and a copy of the complaint was made **on August 6, 2018** by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Kexin Carhart
621 Seaview Court
#P2
Marco ISalnd, FL 34145

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **August 6, 2018**     Signature **s/Nathaniel Cade, Jr.**

Print Name: **Nathaneil Cade, Jr.**

Business Address: Cade Law Group LLC
PO Box 170887
Milwaukee, WI 53217
(Counsel for Chapter 7 Trustee Joji Takada)

PRIORITY MAIL

USPS TRACKING # 9114 9011 5981 8963 8949 14

CADE LAW GROUP
P.O. Box 170887
Milwaukee, WI 53217

Ms. Kexin Carhart
621 Seaview Court
#P2
Marco Island, FL 34145

$6.70
US POSTAGE
PRIORITY MAIL
071M00879246
53217
00000180S



# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 14901159818963894914

**Expected Delivery on**

**MONDAY**
**6** AUGUST 2018 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

August 6, 2018 at 2:33 pm
Delivered, In/At Mailbox
MARCO ISLAND, FL 34145

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**August 6, 2018, 2:33 pm**
Delivered, In/At Mailbox
MARCO ISLAND, FL 34145
Your item was delivered in or at the mailbox at 2:33 pm on August 6, 2018 in MARCO ISLAND, FL 34145.

**August 6, 2018, 8:37 am**
Out for Delivery
MARCO ISLAND, FL 34145

**August 6, 2018, 8:27 am**
Sorting Complete
MARCO ISLAND, FL 34145

**August 6, 2018, 7:15 am**
Arrived at Post Office
MARCO ISLAND, FL 34145

**August 5, 2018, 8:17 am**
Arrived at USPS Regional Facility
FORT MEYERS FL DISTRIBUTION CENTER

**August 4, 2018**
In Transit to Next Facility

**August 3, 2018, 9:43 pm**
Arrived at USPS Regional Facility
OAK CREEK WI DISTRIBUTION CENTER

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**