## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>**CARHART, INC.**,<br>　　　　　Debtor. | Chapter 7<br>Bankruptcy No. 16-24720<br>Honorable Pamela S. Hollis |
| **JOJI TAKADA**, not individually but as chapter 7 trustee for the bankruptcy estate of Carhart, Inc.,<br>　　　　　Plaintiff,<br>v.<br>**KEXIN CARHART**<br>　　　　　Defendants. | Adv. No.: 2018-AP-00273 |

### NOTICE OF MOTION FOR DEAFULT JUDGMENT

To: *See* Service List

**PLEASE TAKE NOTICE** that on **December 14, 2018 at 10:00 a.m.,** the undersigned shall present to the Honorable Pamela S. Hollis, or any judge sitting in her stead, in the United States Bankruptcy Court for the Northern District of Illinois, at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**, a copy of which is served upon you.

Dated: November 6, 2018

**Joji Takada**, not individually, but as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Carhart, Inc.

By: */s/ Nathaniel Cade, Jr.*
One of his attorneys

Nathaniel Cade, Jr.
**CADE LAW GROUP LLC**
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com

## CERTIFICATE OF SERVICE

I, Nathaniel Cade, Jr., certify that on November 6, 2018, I caused a copy of **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** to be served on the parties on the service list, below, by overnight mail, U.S. Mail, postage prepaid, as well as via CM/ECF on all parties receiving notice through the CM/ECF system.

By: */s/ Nathaniel Cade, Jr.*

## SERVICE LIST

Kexin Carhart
621 Seaview Court
#P2
Marco Island, Florida 34145

John S. Biallas, Esq.
(counsel for Chris Carhart)
3N918 Sunrise Lane
St. Charles, Illinois 60174