UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Carhart, Inc., | ) | Bankruptcy Case Number: 16-24720 |
| Debtor. | ) | |
| ------------------------------------------------ | ) | Chapter 7 |
| | ) | |
| Joji Takada, Not Individually, but as | ) | Chief Judge Pamela S. Hollis (Joliet) |
| Chapter 7 Trustee for the Bankruptcy | ) | |
| Estate of Carhart, Inc., | ) | Adversary Case Number: 18-273 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kexin Carhart, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

*To*: *See Page 2 for Service List* (to whom copies were duly mailed pursuant to below proof of service).

**PLEASE TAKE NOTICE** that on December 14, 2018, at 10:00 am, or soon thereafter as counsel may be heard, I shall appear before the Honorable Chief Judge Pamela S. Hollis, Bankruptcy Judge, usually occupied by her at the Joliet City Hall (2nd Floor), 150 West Jefferson Joliet, Illinois 60432 or before any other Bankruptcy Judge who maybe sitting in her place and stead, and then present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above (and per attached service list, which is incorporated hereby) as to the Trustee, Trustee's Counsel, and Debtor's Counsel via electronic notice on December 7, 2018, and as to the Trustee, Trustee's Counsel, Debtor's Counsel, and Defendant by causing the same to be mailed in a properly addresses envelope, postage prepaid from 1861 Black Road, Joliet, Illinois 60435, before the hour of 5:00 pm on December 7, 2018, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Firas M. Abunada
One of the Defendant's Attorneys

## Service List

---

| | |
|---|---|
| Office of the United States Trustee<br>Dirksen Federal Building<br>219 S. Dearborn Street – Suite 873<br>Chicago, Illinois 60604<br>(Sent via ECF) | United States Trustee |

---

Joji Takada, Chapter 7 Trustee　　　　　　　　　　Trustee / Plaintiff
Takada Law Office, LLC
6336 North Cicero Avenue – Suite 201
Chicago, Illinois 60646
(Sent via ECF)

---

Nathanial Cade, Jr.　　　　　　　　　　Trustee's / Plaintiff's Counsel
Cade Law Group, LLC
P.O. Box 170887
Milwaukee, Wisconsin 53217
(Sent via ECF)

---

John S. Biallas　　　　　　　　　　Attorney for the Debtor
John S. Biallas, Attorney at Law
3N918 Sunrise Lane
St. Charles, Illinois 60174
(Sent via ECF)

---

Kexin Carhart　　　　　　　　　　Defendant
1489 Aberdeen Court
Naperville, Illinois 60564
(Sent USPS)

---

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed on page 2, as to the Trustee, Trustee's Counsel, and Debtor's Counsel via electronic notice on December 7, 2018, and as to the Trustee, Trustee's Counsel, Debtor's Counsel, and Defendant by causing the same to be mailed in a properly addresses envelope, postage prepaid from 1861 Black Road, Joliet, Illinois 60435, before the hour of 5:00 pm on December 7, 2018.

/s/ Firas M. Abunada
One of the Defendant's Attorneys

Firas M. Abunada
June, Prodehl, Renzi & Lynch, L.L.C.
1861 Black Road
Joliet, Illinois 60435
Phone # 815-725-8000
Fax # 815-725-6126
Email: fmabunada@jprlaw.net

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Carhart, Inc., ) | Bankruptcy Case Number: 16-24720 |
| Debtor. ) | |
| --------------------------------------------- ) | Chapter 7 |
| ) | |
| Joji Takada, Not Individually, but as ) | Chief Judge Pamela S. Hollis (Joliet) |
| Chapter 7 Trustee for the Bankruptcy ) | |
| Estate of Carhart, Inc., ) | Adversary Case Number: 18-273 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Kexin Carhart, ) | |
| Defendant. ) | |

## DEFENDANT'S COMBINED MOTION TO QUASH SERVICE OF SUMMONS AND MOTION TO DISMISS ADVERSARY COMPLAINT

*NOW COMES* the Defendant, Kexin Carhart, by and through her attorneys of June, Prodehl, Renzi & Lynch, L.L.C. and hereby moves, pursuant to Rule 4 of the Federal Rule of Civil Procedure, made applicable to adversary proceedings by Bankruptcy Rule 7004, to quash the service of summons and dismiss the adversary complaint and in support thereof, states as follows:

1. It is the Defendant's contention that she is not the Debtor in this matter and that the service of summons in this case was not served in accordance with Federal Rule of Civil Procedure 4, made applicable to adversary proceedings by and Bankruptcy Rule 7004, in that the summons and complaint were not served within the time limits required on the Defendant by mail to her dwelling house or usual place of abode or the place where she regularly conducts business or her profession.

2. On July 31, 2018, the Plaintiff filed an adversary complaint making various claims against the Defendant, Kexin Carhart. Summons was issued on the same day.

3. On August 6, 2018, a certificate of service for the summons was filed by Plaintiff's attorney stating that he mailed the Summons by "priority US Mail" to the Defendant at 621 Seaview Ct, #P2 Marco Island, Florida 34145 (Hereinafter: "Seaview"). The exhibit to the certificate of service states that on August 6, 2018, the envelope containing the mailed summons was placed into the mailbox at unit #P2 at Seaview.

4. On September 12, 2018, the Clerk of the Court struck the hearing return date on the summons as it was set at the wrong Court location, and notified Plaintiff's attorney that the summons must be refilled for a Friday in Joliet. On November 5, 2018 Plaintiff caused an alias summons to be issued by the Clerk of the Court properly setting the return date for December 14, 2018, at 10:00 AM at the Joliet City Hall, Joliet Illinois.

5. A second certificate of service was filed by Plaintiff's attorney on November 8, 2018, stating that the alias summons was mailed by Priority Mail to the Defendant at Seaview. The exhibit to the second certificate of service states that on November 8, 2018, the envelope containing the mailed summons was placed into the mailbox at unit #P2 at Seaview.

6. Neither the summons nor the alias summons issued in this case were served personally on the Defendant, nor mailed to any other addresses than Seaview, within the 7 day time limit for service by mail as prescribed by Bankruptcy Rule 7004(e).

7. The 120 day period applicable in bankruptcy cases, to serve the Plaintiff's Complaint upon the Defendant, expired on November 29, 2018.

8. As set forth in the attached affidavit of the Defendant (attached hereto as Exhibit "A") Defendant's dwelling place, usual place of abode and the place where Defendant usually conducts her business or profession since June 6, 2018, has been, and continues to be,

1489 Aberdeen Court, Naperville, Du Page County, Illinois 60564 (hereinafter "Aberdeen") and not Seaview.

9. The service of process rules are to be strictly construed. Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 7004 (b)(1) service by mail on a non Debtor Defendant in an adversary proceeding can be made by mailing the summons and a copy of the complaint by First Class US mail, postage prepaid, "to the individual's dwelling house or usual place of abode or the place where the individual regularly conducts a business or profession" within 7 days after the summons is issued, but in any event has to be served within 120 days of the complaint being filed with the Court. Fed. R. Bankr. P. 7004 (b)(1).

10. Service of the summons and complaint were not made upon a Defendant within 120 days after the filing of the complaint as required by Federal Rules of Bankruptcy Procedure, Rule. 4(j) (in effect on January 1, 1990) which is applicable in bankruptcy adversary proceedings.

11. "The procedures governing the service of process are found in Fed. R. Civ. P. 4 and Fed. R. Bankr. P. 7004. Specifically, Fed. R. Bankr. P. 7004(a) states that Fed. R. Civ. P. 4(j) applies in adversary proceedings. Rule 4(j) was amended in 1993 and was relabeled as Rule 4(m). However, '[t]he subdivisions of Rule 4 F. R. Civ. P. made applicable by these rules [bankruptcy rules] shall be the subdivisions of Rule 4 F. R. Civ. P. in effect on January 1, 1990, notwithstanding any amendment to Rule 4 F. R. Civ. P. subsequent thereto.'" *Mrochek v. Oprean*, 189 B.R. 616, 618 (Bankr. E.D. Va. 1995).

12. Rule 4(j) provides, in pertinent part: "If a service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint and the party on whose behalf service was required cannot show good cause why such service was not made within that period, the action *shall be dismissed* as to that defendant without prejudice upon the court's own initiative with notice to such party or upon motion."
Fed. R. Civ. P. 4(j), incorporated by Fed. R. Bankr. P. 7004(a) (Emphasis added).

13. Failure to properly serve timely in accordance with the rules is grounds to *dismiss the complaint for lack of prosecution*. Mid-Continent Wood Products, Inc. v. Harris, 936 F. 2d 297 (7th Cir. 1991); *In re Dairy Farmers of America, Inc. Cheese Antitrust Litigation*, 767 F. Supp. 2d 880 (S.D. Ill. 2016); *Audio Enterprises, Inc. v. B & W Loudspeakers of America, a Div. of Equity Intern. Inc.*, 957 F. 2d 406, 408 (7th Cir. 1991) (Emphasis added).

14. As result, the Defendant moves that the service of summons be quashed and to dismiss the adversary complaint.

**WHEREFORE**, the Defendant prays for this Honorable Court to quash the service of summons since proper service of summons and the adversary complaint was not made on the Defendant within 120 days of filing the complaint, Plaintiff's adversary complaint be dismissed, and for any other relief this Court deems just.

Respectfully submitted,

By: /s/ *Firas M. Abunada*
One of the Defendant's Attorneys

Firas M. Abunada (06307633)
JUNE, PRODEHL, RENZI & LYNCH, L.L.C.
1861 Black Road
Joliet, Illinois 60435
Phone # 815-725-8000
Fax # 815-725-6126
Email: fmabunada@jprlaw.net