# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Carhart, Inc., ) | Bankruptcy Case Number: 16-24720 |
| Debtor. ) | |
| ------------------------------------------------ ) | Chapter 7 |
| ) | |
| Joji Takada, Not Individually, but as ) | Chief Judge Pamela S. Hollis (Joliet) |
| Chapter 7 Trustee for the Bankruptcy ) | |
| Estate of Carhart, Inc., ) | Adversary Case Number: 18-273 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Kexin Carhart, ) | |
| Defendant. ) | |

### AFFIDAVIT OF KEXIN CARHART

***NOW COMES*** the Defendant, Kexin Carhart, and upon oath, she does hereby state as follows:

1. I am a United State Citizen, and I am a legal resident and Citizen of the State of Illinois.

2. Until June 5, 2018, my dwelling place and usual place of abode was 3512 White Eagle Drive, Will County, Naperville, IL 60564 (hereinafter "White Eagle") a property I owned with Chris E. Carhart.

3. On June 5, 2018, I participated in the sale of White Eagle, and moved from that property.

4. Since June 6, 2018 my dwelling place and usual place of abode has been, and continues to be 1489 Aberdeen Court, Naperville, Du Page County, Illinois 60564 (hereinafter "Aberdeen"); a town home that I own solely in my name.

5. Until July 7. 2018, I possessed a Florida Driver's license with an address of 621 Seaview Ct, #P2 Marco Island, Florida 34145 (Hereinafter: "Seaview").

6. On July 7, 2018, I turned in my Florida License to the Illinois Secretary of State and in return was issued Illinois Driver's License Number ending in 4629 with an address of Aberdeen.

7. After June 6, 2018, I filed a change of address form with the U.S. Post Office in Naperville, Illinois 60564 indicating that my forwarding address from White Eagle to Aberdeen.
8. Since June 6, 2018, I have received all of my bank statements, credit card statements, utility bills and normal and usual correspondence through the U.S. mail at Aberdeen.
9. Since June 6, 2018, I have lived openly and notoriously at Aberdeen and prior to that at White Eagle.

Further, your Affiant sayeth not.

X _____
Kexin Carhart

Subscribed before me this 7Th day of December, 2018

X _____
Notary Public, State of Illinois
My Commission Expires: 6-1-20

John S. Biallas
State of Illinois
Notary Public
Commission No. 751587
My Commission Expires 6-1-20