# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Pamela S. Hollis | **Date** | December 14, 2018 |
| **Bankruptcy Case No.** | 16 B 24720 | **Adversary No.** | 18 A 00273 |
| **Title of Case** | Carhart, Inc. | Takada, Trustee v. Carhart, Inc. | |

**Brief Statement of Motion**

Motion to quash service of summons, and dismiss adversary complaint. (EOD #12)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Trustee Plaintiff to file and serve a response on or before January 7, 2019.

Defendant's reply is due on or before January 21, 2019.

Motion to quash service of summons, and dismiss adversary complaint by Defendant is set for

STATUS on February 1, 2019, at 10:15 a.m., at Joliet City Hall, 150 W. Jefferson St.,

2nd Floor, Joliet, IL 60432.