# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: <br><br> **CARHART, INC.**, <br><br>        Debtor. | Chapter 7 <br><br> Bankruptcy No. 16-24720 <br><br> Honorable Pamela S. Hollis |
| **JOJI TAKADA**, not individually but as chapter 7 trustee for the bankruptcy estate of Carhart, Inc., <br><br>        Plaintiff, <br><br> v. <br><br> **KEXIN CARHART** <br><br>        Defendants. | Adv. No.: 2018-AP-00273 |

## DECLARATION OF NATHANIEL CADE, JR.

Pursuant to 28 U.S.C.§ 1746, the undersigned, Nathaniel Cade, Jr., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney duly licensed to practice law in the State of Wisconsin and before this Court.

2. I represent Plaintiff, Joji Takada, not individually but as Chapter 7 Trustee for the bankruptcy estate of Carhart, Inc., in the above-captioned case.

3. This Declaration is made in support of the Trustee's Brief in Opposition of Defendant Kexin Carhart's Motion to Quash Service of Summons and to Dismiss Adversary Complaint.

4. The Adversary Summons and Complaint in this case originally was filed with the Court on July 31, 2018.

5. A copy of the Summons and Complaint was served via mail through USPS

Priority Mail to Kexin Carhart's[1] last known address in Naples, Florida on August 6, 2018. Attached hereto and incorporated herein as **Exhibit A** is a true and correct copy of the Certificate of Service on Kexin Carhart.

6. The Priority Mail service that I sent to Ms. Carhart on August 6, 2018 was not returned as undeliverable.

7. I also attempted to have Ms. Carhart served personally, but when the process server could not obtain personal service, he mailed the summons and complaint to Ms. Carhart's address in Florida. Attached hereto and incorporated herein as **Exhibit B** is a true and correct copy of an Affidavit of Service on Kexin Carhart by Steven Caro of My Speedy Process of Naples, Florida, which is dated August 14, 2018 and filed with this Court on November 6, 2018.

8. An original hearing before this Court was supposed to occur on Thursday, September 13, 2018. However, that hearing was cancelled as I underwent emergency appendectomy surgery on September 11, 2018.

9. On November 5, 2018, I filed an amended Alias Summons.

10. A copy of the amended Alias Summons, as well as a copy of the original Summons and Complaint, was served via mail through USPS Priority Mail to Kexin Carhart's last known address in Florida on November 8, 2018. Attached hereto and incorporated herein as **Exhibit C** is a true and correct copy of the Certificate of Service on Kexin Carhart.

11. The Priority Mail service that I sent to Ms. Carhart on November 8, 2018 was not returned as undeliverable.

---

[1] As alleged in the Complaint, Kexin Carhart is the spouse of Chris Carhart, the owner of Debtor Carhart, Inc.

2

12. Chris Carhart, the spouse of Kexin Carhart, filed a personal bankruptcy through Chapter 7 on August 29, 2016 in the Bankruptcy Court for the Middle District of Florida. *See In re Chris Carhart*, M.D. Fla. Bank. Case Number 9:16-bk-06499-FMD (hereinafter, the "Carhart Bankruptcy"). Attached hereto and incorporated herein as **Exhibit D** is a true and correct copy of pages 1-2, 9-10, 26, 33, 37-38 from Chris Carhart's bankruptcy petition.

13. In the Carhart Bankruptcy, Chris Carhart identified his home address as 621 Seaview Court, #P2, Marco Island, FL 34145 (the "Florida Property") at that he was a 50% owner of the Florida Property. Ex. D, at page 1 (Schedule A/B).

14. Chris Carhart indicated that his spouse, Kexin Carhart, lived at this home address in Florida. *Id.*, at page 26 of 48 of that Petition (schedule J):

**Part 1: Describe Your Household**

1. Is this a joint case?
   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   ☐ No
   ☑ Yes. Fill out this information for each dependent.........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

15. In the Carhart Bankruptcy, Chris Carhart identified two residential properties that he owned jointly with his spouse, the Florida Property and property located at 3512 White Eagle Drive, Naperville, IL 60564 ("Illinois Property"). Ex. D (Schedule A/B, at pages 1 and 2 of 48).

16. In a lawsuit against Chris Carhart and Carhart, Inc. in Ozaukee County,

Wisconsin (the "Wisconsin Lawsuit"), Chris Carhart was deposed multiple times under oath. Attached hereto and incorporated herein as **Exhibit E** is a true and correct copy of pages 1-5, 198-201 of the November 25, 2013 deposition transcript of Chris E. Carhart.

17. In his November 25, 2013 deposition, Chris Carhart represented that both he and his wife, Kexin, were residents of the State of Florida. Ex. E, at 200:9-201:7.

18. The Florida Property is located in Collier County, Florida. According to the Collier County Tax Collector website, as of January 6, 2019, Kexin and Chris Carhart are still listed as the owners of the Florida Property. Attached hereto and incorporated herein as **Exhibit F** is a true and correct copy of a printout from the Collier County website with regards to property taxes, and a copy of the actual property tax bill.

19. The "mailing address" for the tax bill for the Florida Property is identified as the Illinois Property, not the Ms. Carhart's new address in Abderdeen, Illinois, which she alleges she purchased as of June 6, 2018 and lived "open and notoriously." According to this document, Ms. Carhart still lives at the Illinois Property, which is not correct.

20. Although Chris Carhart received a discharge as of April 19, 2018, the Carhart Bankruptcy case is still active, as the trustee has not concluded his work on that case. Attached hereto and incorporated herein as **Exhibit G** is a true and correct copy of the listing of the counsel of record for the Carhart bankruptcy. Attached hereto and incorporated herein as **Exhibit H** is a true and correct copy of a printout from the Middle District of Florida Bankruptcy Court, showing that the Carhart Bankruptcy is still active.

21. In the Carhart Bankruptcy (and the related adversary proceeding against Kexin Carhart, *Tardiff, Jr. v. Carhart*, M.D. Fla. Case Number 9:17-AP-0505-FMD), Attorney John Biallas represents Kexin Carhart. *See* Ex. G. Also attached hereto and

incorporated herein as **Exhibit I** is a true and correct copy of the listing of the counsel of record for the Kexin Carhart adversary proceeding in the Carhart Bankruptcy.

22. When Attorney Biallas entered his appearance for Kexin Carhart in the Carhart Bankruptcy, he did not list or identify a home address for her, as all correspondence and notice was sent to "Kexin Carhart c/o John S. Biallas, 3 N. Sunrise Lane, St. Charles, IL 60174." *See* Ex. I. Nowhere in the adversarial proceeding involving Kexin Carhart did Attorney Biallas identify the Aberdeen, Illinois address as her home address.

23. Attorney Biallas is still listed as counsel of record for Kexin Carhart in the Carhart Bankruptcy, and he has not withdrawn or terminated his representation.

24. Attorney Biallas also found himself in trouble in the Carhart Bankruptcy, as he received $134,745.00 from Chris Carhart as a purported advance retainer payment from Chris Carhart's IRA with Ameritrade. *See* Exhibit D (at page 38 of 48):

```
18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than
    property transferred in the ordinary course of your business or financial affairs?
    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
    Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

                                    Description and value of any      Describe any property or payments    Date transfer
                                    property transferred              received or debts paid in exchange   was made
    John S Biallas Esquire
    Person Who Received Transfer    Advance payment retainer          $134,745                             05/05/16

    3 N 918 Sunrise Lane
    Number    Street

    St Charles, IL 60172
    City              State    ZIP Code

    Person's relationship to you _____
```

25. The Carhart Bankruptcy trustee filed an adversary complaint against Attorney Biallas on December 8, 2016 with respect to the transfer of the IRA funds from Chris Carhart to Attorney Biallas. *See Tardiff, Jr. v. Biallas*, M.D. Fla. Bankr. Case Number

9:16-AP-0838-FMD.

26. Attorney Biallas subsequently entered into a settlement agreement with the Carhart Bankruptcy trustee, whereby Attorney Biallas agreed to pay $5,000 to settle the fraudulent conveyance allegation of a transfer of funds from Chris Carhart to Attorney Biallas. Attached hereto and incorporated herein as **Exhibit J** is a true and correct copy of an Order Granting Motion for Authority to Compromise Controversy with John Biallas, dated July 25, 2018, in the Carhart Bankruptcy.

27. Attorney Biallas also is counsel of record for Carhart, Inc. in this bankruptcy, and he receives all electronic filing notices.

28. Prior to filing the Adversary Summons and Complaint, I did not contact Kexin Carhart directly, as this lawsuit relates to the Carhart Bankruptcy, in which Attorney Biallas represents Kexin Carhart, and also the Wisconsin Lawsuit in which I represented plaintiffs that obtained a $2 million dollar judgment against Chris Carhart. Attorney Biallas represented Chris Carhart in the Wisconsin Lawsuit.

29. Prior to filing the Adversary Summons and Complaint, I performed an extensive Internet search of multiple websites, including searching the Collier County and Will County (Illinois) databases. During the search, the only addresses identified for Kexin Carhart were the Florida Property and the Illinois Property.

30. At no point in time during the Carhart Bankruptcy, even through January 4, 2019, has Attorney Biallas updated Ms. Carhart's address with the Florida bankruptcy court.

31.     At no point in time has Attorney Biallas or Ms. Carhart ever sent me correspondence or notice that Ms. Carhart resided in Aberdeen, Illinois.

Executed this 5th day of January, 2019.

                                                /s/*Nathaniel Cade, Jr.*
                                                Nathaniel Cade, Jr.