# EXHIBIT B

# AFFIDAVIT OF SERVICE

| Case: 18-00273 | Court: U.S. Bankruptcy Court Northern District of Illinois | County: Cook, IL | Job: 2506215 (18-00273) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Bankruptcy Case No. 16-24720 CARHART, INC. and Adversary Proceeding No. 18-00273 JOJI TAKADA, NOT INDIVUDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CARHART, INC., | | **Defendant / Respondent:** KEXIN CARHART, | |
| **Received by:** My Speedy Process | | **For:** Cade Law Group LLC. | |
| **To be served upon:** KEXIN CARHART | | | |

I, Steven Caro, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KEXIN CARHART, Home: 621 Seaview Ct #P2, Marco Island, FL 34145

**Manner of Service:** Mail, Aug 9, 2018, 5:00 pm EDT

**Documents:** Summons In An Adversary Proceeding (Received Jul 31, 2018 at 1:26pm EDT), Adversary Complaint (Received Jul 31, 2018 at 1:26pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Aug 2, 2018, 9:01 am EDT at Home: 621 Seaview Ct #P2, Marco Island, FL 34145
No cars around the whole parking lot of this building. This area is known for snow-birds. No answer at the door. Manager of complex happened to be walking by when I was knocking on door and told me that the occupants were not there. According to the manager of the buildings, Mr. Carhart does a lot of work in China, and that he inherited this condo.

2) Unsuccessful Attempt: Aug 6, 2018, 5:46 pm EDT at Home: 621 Seaview Ct #P2, Marco Island, FL 34145
No answer. Nothing has changed since last attempt.

3) Successful Attempt: Aug 9, 2018, 5:00 pm EDT at Home: 621 Seaview Ct #P2, Marco Island, FL 34145 received by KEXIN CARHART.
Mailed a copy of "Summons In An Adversary Proceeding, and Adversary Complaint" to KEXIN CARHART at address 621 Seaview Ct #P2 Marco Island, FL 34145.

_____ 8/14/18
Steven Caro            Date
205363

My Speedy Process
6092 Towncenter Circle
Naples, Fl 34119
239.919.7157

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

August 14, 2018
Date            Commission Expires



LAWRENCE J. MUDD, JR.
MY COMMISSION # FF 986614
EXPIRES: June 23, 2020
Bonded Thru Budget Notary Services

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:
Bankruptcy Case No. **16–24720**
**CARHART, INC.**
                                                                              Debtor

Adversary Proceeding No. **18–00273**
**JOJI TAKADA, NOT INDIVUDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CARHART, INC.**
                                                                              Plaintiff
v.
**KEXIN CARHART**
                                                                              Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** KEXIN CARHART

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Nathaniel Cade, Jr.** |
| PO Box 170887 |
| Milwaukee, WI 53217 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 644** | **09/13/2018 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
07 / 31 / 2018

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

**ILNB 2012**