# EXHIBIT C

Adv Proc No:

# CERTIFICATE OF SERVICE

I, _____, certify that service of this summons and a copy of the complaint was made _____ by:

        Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

        Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

        Residence Service: By leaving the process with the following adult at:

        Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

        Publication: The defendant was served as follows: [Describe briefly]

        State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date                                      Signature

        Print Name:

        Business Address:

$6.70
US POSTAGE
PRIORITY MAIL
071M00879246
53217
000001854

PRESS FIRMLY TO SEAL

CADE LAW GROUP
P.O. Box 170887
Milwaukee, WI 53217

Kexin Carhart
621 Seaview Court
#P2
Marco Island, FL 34145

UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

PRIORITY® MAIL★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9011 5981 8963 8939 17

Label 400 Jan. 2013
7690-16-000-7848
14F July 2013
12.5 x 9.5

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

Remove ✕

**Tracking Number:** 9114901159818963893917

**Expected Delivery on**

**THURSDAY**

**8** NOVEMBER 2018 

See Product Information ⌄

## ✓ Delivered

November 8, 2018 at 2:24 pm
Delivered, In/At Mailbox
MARCO ISLAND, FL 34145

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**November 8, 2018, 2:24 pm**
Delivered, In/At Mailbox
MARCO ISLAND, FL 34145
Your item was delivered in or at the mailbox at 2:24 pm on November 8, 2018 in MARCO ISLAND, FL 34145.

**November 8, 2018, 8:35 am**
Out for Delivery
MARCO ISLAND, FL 34145

Feedback

**November 8, 2018, 8:25 am**
Sorting Complete
MARCO ISLAND, FL 34145

**November 8, 2018, 7:10 am**
Arrived at Post Office
MARCO ISLAND, FL 34145

**November 8, 2018, 5:41 am**
Arrived at USPS Facility
MARCO ISLAND, FL 34146

**November 8, 2018, 3:58 am**
Departed USPS Regional Facility
FORT MEYERS FL DISTRIBUTION CENTER

**November 8, 2018, 1:20 am**
Arrived at USPS Regional Facility
FORT MEYERS FL DISTRIBUTION CENTER

**November 7, 2018, 10:48 pm**
Departed USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**November 7, 2018, 5:35 pm**
Arrived at USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**November 7, 2018**
In Transit to Next Facility

**November 5, 2018, 8:38 pm**
Arrived at USPS Regional Facility
OAK CREEK WI DISTRIBUTION CENTER

**Product Information**

Feedback