# EXHIBIT D

**Fill in this information to identify your case and this filing:**

Debtor 1 **Chris** **E.** **Carhart**
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                  12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No.  Go to Part 2.
   ☑ Yes.  Where is the property?

1.1.
**621 Seaview Court**
Street address, if available, or other description

**Marco Island**   **FL**   **34145**
City                State   ZIP Code

**Collier**
County

**Homestead
(FMV $269,325)**

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
    $134,662.00                $134,662.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

50%

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Debtor 1   **Chris**            **E.**              **Carhart**                               Case number (if known) _____
           First Name           Middle Name         Last Name

| | | |
|---|---|---|
| 1.2.<br>**3562 White Eagle Drive**<br>Street address, if available, or other description<br><br>**Naperville**          **IL**   **60564**<br>City                  State  ZIP Code<br><br>_____<br>County<br><br>**Home in IL**<br>**(TENANTS BY THE ENTIRETIES NON SECTION 541 PROPERTY)** | **What is the property?**<br>Check all that apply.<br>☑ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?**<br>Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>**Other information you wish to add about this item, such as local property identification number:** _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**  **Current value of the portion you own?**<br>$799,000.00                $799,000.00<br><br>**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**<br>50<br><br>☐ **Check if this is community property**<br>(see instructions) |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................** → **$933,662.00**

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| | | |
|---|---|---|
| 3.1.<br>Make:           **Audi**<br>Model:          **A4 2.0 T**<br>Year:           **2012**<br>Approximate mileage:  **20,000**<br>Other information:<br>**2012 Audi A4 2.0 T (approx. 20000 miles)**<br>**SEE APPRAISAL ATTACHED** | **Who has an interest in the property?**<br>Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property**<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**  **Current value of the portion you own?**<br>$16,525.00                $16,525.00 |
| 3.2.<br>Make:           **Nissan**<br>Model:          **Juke S 2WD**<br>Year:           **2011**<br>Approximate mileage:  **60,000**<br>Other information:<br>**2011 Nissan Juke S 2WD (approx. 60000 miles)** | **Who has an interest in the property?**<br>Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property**<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**  **Current value of the portion you own?**<br>$12,125.00                $12,125.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

Official Form 106A/B                              **Schedule A/B: Property**                                              page 2

---

| Prepared by and return to: | 3459875 OR: 3626 PG: 3691 |
|---|---|
| John A. Nold, PA | RECORDED in OFFICIAL RECORDS of COLLIER COUNTY, FL |
| 995 N. Collier Blvd. | 08/17/2004 at 12:22PM DWIGHT E. BROCK, CLERK |
| Marco Island, FL 34145 | CONS 168000.00 |
| **WITHOUT TITLE OPINION GIVEN** | REC FEE 18.50 |
|  | DOC-.70 1176.00 |

Retn:
TRANCO TITLE
649 VASSAR ST
ORLANDO FL 32804

## SPECIAL WARRANTY DEED

THIS INDENTURE made this _10th_ day of _July_, 2004, between **Donald R. Carhart and Shirley A. Carhart, husband and wife,** whose post office address is 1126 Kings Point Court, Naperville, Illinois, 60563, herein called the Grantor **Chris E. Carhart and Kexin Carhart, husband and wife,** whose post office address is 3512 White Eagle Drive, Naperville, Illinois, 60564, hereinafter called the Grantee.

WITNESSETH, That the grantor, for and in consideration of Ten Dollars ($10.00) and other good and valuable considerations, receipt whereof is hereby acknowledged, has granted bargained, and sold unto the grantee, and grantee's heirs and assignees forever, the following described land situated in Collier County, Florida, to wit:

**FOLIO NO. 74140800002**

Unit #2, Building P South Seas East Condominium Apartments of Marco Island, a Condominium according to the Declaration of Condominium, as Recorded in Official Records Book 799, Pages 190-311, and the amended Thereto recorded in Official Records Book 800, Pages 452-469, of the Public Records of Collier County, Florida.

*This transfer is exempt from Documentary Stamps as it is a transfer of unencumbered property.*

This deed is executed subject to restrictions, reservations and easements of record common to the subdivision, and taxes from the date of this deed and subsequent years.

And the Grantor hereby specially warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

S10b
&•V6&

Page 1 of 2

*** OR: 3626 PG: 3692 ***

IN WITNESS THEREOF, Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

_Donald R. Carhart_     _Shirley Carhart_
DONALD R. CARHART     SHIRLEY A. CARHART

_Sherlynn Costa_     _Sherlynn Costa_
Witness #1 Signature     Witness #2 Signature

Chris E Carhart     Chris Diederichs
Sherlynn Costa     Sherlynn Costa
Witness #1 Printed Name     Witness #2 Printed Name

OFFICIAL SEAL
SHERLYNN COSTA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/23/06

OFFICIAL SEAL
SHERLYNN COSTA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/23/06

_Sherlynn Costa_     _Sherlynn Costa_

| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Chris** | **E.** | **Carhart** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** | | | |
| Case number (if known) | | | | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.    ☒ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Spouse** | | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4. _____
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes                                              4a. _____
   4b. Property, homeowner's, or renter's insurance                   4b. **$442.00**
   4c. Home maintenance, repair, and upkeep expenses                  4c. _____
   4d. Homeowner's association or condominium dues                    4d. _____

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chris** | **E.** | **Carhart** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 107
**Statement of Financial Affairs for Individuals Filing for Bankruptcy**  04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☒ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No
   ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Chris** | **E.** | **Carhart** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☐ No
- ☑ Yes. Fill in the details for each gift.

| **Gifts with a total value of more than $600 per person** | **Describe the gifts** **Knife set** | **Dates you gave the gifts** | **Value** |
|---|---|---|---|
| **Kexin Carhart** | | 12/15 | $1,500.00 |
| Person to Whom You Gave the Gift | | | |
| **621 Seaview Court** | | | |
| Number   Street | | | |
| **Marco Island, FL 34145** | | | |
| City          State   ZIP Code | | | |

Person's relationship to you **Spouse**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

| Debtor 1 | **Chris** | **E.** | **Carhart** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| **Miller, Hollander & jeda** | Attorneys fees $2,000; filing fees $335 | | |
| Person Who Was Paid | | | |
| **2430 Shadowlawn Drive, Suite** | | 07/27/16 | $2,335.00 |
| Number    Street | | | |
| **Naples, FL 34112** | | | |

City                State    ZIP Code

Email or website address

Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
|---|---|---|---|
| **John S Biallas Esquire** | Advance payment retainer | $134,745 | 05/05/16 |
| Person Who Received Transfer | | | |
| **3 N 918 Sunrise Lane** | | | |
| Number    Street | | | |
| **St Charles, IL 60172** | | | |

City                State    ZIP Code

Person's relationship to you

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page 6