# EXHIBIT E

**Deposition of Chris E. Carhart - November 25, 2013**                1

```
  1           IN THE CIRCUIT COURT OF MILWAUKEE COUNTY
  2                      STATE OF WISCONSIN
     ----------------------------------------------------
  3
     CARHART-HALASKA INTERNATIONAL,
  4  LLC and HALASKA INTERNATIONAL, INC.,

  5              Plaintiffs,

  6  CARHART, INC., and CHRIS E. CARHART,

  7              Defendants and
                 Third-Party Plaintiffs,
  8
                 vs.              Case No. 12-CV-000613
  9
     CHRISTOPHER G. HALASKA,
 10
                 Third-Party Defendant.
 11
     ----------------------------------------------------
 12

 13

 14           Deposition of CHRIS E. CARHART

 15           Monday, November 25th, 2013

 16
                       9:11 a.m.
 17
                          at
 18
                 HINSHAW & CULBERTSON LLP
 19       100 East Wisconsin Avenue, Suite 2600
                   Milwaukee, Wisconsin
 20

 21

 22

 23

 24

 25      Reported by Loretta L. Stoeckmann, RPR
```

WWW.GRAMANNREPORTING.COM • 414.272.7878      **GRAMANN**
*Innovation · Expertise · Integrity*          REPORTING

Case 18-00273   Doc 19-5   Filed 01/06/19   Entered 01/06/19 12:58:13   Desc Exhibit E   Page 3 of 4

Carhart-Halaska International, LLC. et al vs.
Carhart, Inc. et al

Deposition of Chris E. Carhart
November 25, 2013

---

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 2

```
 1              Deposition of CHRIS E. CARHART, a witness
 2   in the above-entitled action, taken at the instance of
 3   the Plaintiffs and Third-Party Defendant, pursuant to
 4   Chapter 804 of the Wisconsin Statutes, pursuant to
 5   Notice, before Loretta L. Stoeckmann, RPR and Notary
 6   Public in and for the State of Wisconsin, at HINSHAW &
 7   CULBERTSON LLP, 100 East Wisconsin Avenue, Suite 2600,
 8   Milwaukee, Wisconsin, on the 25th day of November,
 9   2013, commencing at 9:11 a.m. and concluding at
10   4:59 p.m.
11   A P P E A R A N C E S:
12              CADE LAW, LLC, by
                  Mr. Nathaniel Cade, Jr.
13                P.O. Box 170887
                  Milwaukee, Wisconsin 53217
14             Appeared on behalf of the Plaintiffs and
                  Third-Party Defendants.
15
                HINSHAW & CULBERTSON LLP, by
16                Mr. Tomislav Z. Kuzmanovic
                  100 East Wisconsin Avenue, Suite 2600
17                Milwaukee, Wisconsin 53202
                Appeared on behalf of the Defendants and
18                Third-Party Plaintiffs.
19              ALSO PRESENT: Mr. Sheldon Bankier.
20                    I N D E X
21
     EXAMINATION BY                                    PAGE
22
     Mr. Cade                                            5
23
24            (Confidential portion of transcript is
         contained in separate transcript from page 143,
25       line 6 to page 143, line 17.)
```

---

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 3

```
 1                    E X H I B I T S
 2   NUMBER                                  PAGE IDENTIFIED
 3   No. 1   Operating agreement of                20
             Carhart-Halaska International, LLC
 4   No. 2   Withdrawn                             49
     No. 3   10/25/12 Letter from Mr. Carhart to   66
 5           Mr. Halaska
     No. 4   Second amended answer                 74
 6   No. 5   Corporation file detail report        92
     No. 6   Defendants and Third-Party            94
 7           Plaintiffs' Initial Disclosures
     No. 7   Beijing Kaihuai employee list        107
 8   No. 8   Beijing Carhart employee list        115
     No. 9   3/8/13 Letter from Mr. LaDien to     117
 9           Mr. Schmidt
     No. 10  Defendants' Response to Plaintiffs'  121
10           First Request for Production of
             Documents
11   No. 11  Defendants' Response to Plaintiffs'  127
             First Request for Admissions
12   No. 12  Defendants/Third-Party Plaintiffs'   128
             Response to Plaintiffs' Third and
13           Third-Party Defendant's Second Requests
             for Production of Documents
14   No. 13  Parts list                           128
     No. 14  Defendants/Third-Party Plaintiffs'   179
15           Response to Plaintiffs and Third-Party
             Defendant's Second Set of Written
16           Interrogatories and Plaintiff's Fifth
             and Third-Party Defendant's Fourth
17           Requests for Production of Documents
     No. 15  Defendants' Responses to Plaintiffs' 194
18           First Set of Interrogatories and
             Requests to Produce Directed to Defendants
19   No. 16  Defendants/Third-Party Plaintiffs'   251
             Response to Plaintiffs' and Third-Party
20           Defendant's First Set of Written
             Interrogatories and Plaintiffs' Fourth
21           and Third-Party Defendant's Third Requests
             for Production of Documents
22   No. 17  8/14/12 Email from Mr. Carhart to    253
             Mr. Halaska
23
              (Original exhibits attached to original
24       transcript. Copies of exhibits attached to
         copies of transcripts.)
25
```

---

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 4

```
 1                      R E Q U E S T S
 2
 3   ITEM REQUESTED                                   PAGE
 4   ERP software in native form                       73
     Years delinquent of company registration          94
 5   Sales to American Hydraulics                     179
     Supporting documentation for expenses/receipts   182
 6   Mrs. Carhart's emails off hard drive             193
     Documents regarding settlement/purchase of       242
 7     MRO claim
     Carhart, Inc., bank records                      243
 8
```

---

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 5

```
 1           TRANSCRIPT OF PROCEEDINGS
 2           CHRIS E. CARHART, called as a witness
 3   herein, having been first duly sworn on oath, was
 4   examined and testified as follows:
 5           EXAMINATION
 6           BY MR. CADE:
 7   Q.  Good morning, Mr. Carhart.
 8   A.  Morning.
 9   Q.  For the record, could you please state and spell
10       your name?
11   A.  Chris E. Carhart, C-A-R-H-A-R-T.
12   Q.  And what is your home address?
13   A.  621 Seaview Court, Unit P-2, Marco Island,
14       Florida.
15   Q.  And you previously lived in Illinois?
16   A.  Yes, I did.
17   Q.  When did you sell that house, or do you still own
18       that property?
19   A.  We still own that property, but I changed
20       residency, I believe, in 2011.
21   Q.  2011, okay. You've been deposed before, correct?
22   A.  Yes, I have.
23   Q.  How many times, sir?
24   A.  I believe four or five times.
25   Q.  Okay. In relation -- I know there was one in
```

| Carhart-Halaska International, LLC. et al vs. Carhart, Inc. et al | Deposition of Chris E. Carhart November 25, 2013 |
|---|---|

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 198

1  A. Yes, he is.
2  Q. When did he begin working for Carhart, Inc.?
3  A. Within the last year.
4  Q. Do you know where Mr. Biallis was previously?
5  A. He's in private practice.
6  Q. And it says not an employee, holds the title of
7  vice president?
8  A. Yes.
9  Q. Can you explain that?
10 A. He's on the -- on the registration for the company
11 with the State of Illinois.
12 Q. Okay. He's the registered agent?
13 A. And he's listed as vice president in that capacity
14 there.
15 Q. Okay. But he's not an employee?
16 A. He doesn't receive a salary from the company, no.
17 Q. So is he essentially like on a retainer?
18 A. That's the best way to explain it, yes.
19 Q. I mean, you call him in on an as-needed basis?
20 A. Yes.
21 Q. And he is in Illinois, if I recall correctly?
22 A. That's correct.
23 Q. In fact, he is the one on Exhibit 5 who --
24 St. Charles, Illinois, correct?
25 A. Correct.

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 199

1  Q. And he's the one who --
2  A. Reinstated the company, yes.
3  Q. He's actually listed as secretary on -- for the
4  State of Illinois. They consider him to be the
5  secretary for the corporation.
6  A. Okay. That may be the way they record things.
7  Q. I don't know. I'm not holding you to it, but --
8  A. I only receive the information on how he recorded
9  himself. I only reported to you what I understood
10 to be accurate information.
11 Q. Okay. So he's not an employee, but he has the
12 title vice president?
13 A. Yes.
14 Q. Okay. Looking at Interrogatory No. 3, the answer
15 essentially says there's only two corporations
16 that you, meaning Chris Carhart or Carhart, Inc.,
17 as it's defined, have an ownership interest in;
18 Carhart Incorporated and Carhart-Halaska
19 International, LLC. Is that fair?
20 A. Yes.
21 Q. Okay. Looking at exhibit -- I'm sorry, at
22 Interrogatory No. 4, and same thing I've asked
23 for, you know, who the employees are. What I'm
24 curious is, you have both yourself and your wife
25 listed as having your location is in Naperville,

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 200

1  Illinois, as opposed to your Marco Island,
2  Florida?
3  A. Yes.
4  Q. Do you know why that is?
5  A. That's where we're staying right now when we
6  answered these interrogatories.
7  Q. Was in Naperville?
8  A. Yes.
9  Q. Okay. What do you consider your residence to be?
10 A. Our legal residence is Marco Island, Florida.
11 Q. Okay. So your tax returns are filed --
12 A. Marco Island, Florida.
13 Q. -- your state -- the State of Florida -- they
14 don't have an income tax, but to the extent you
15 have claim anything, it's through the State of
16 Florida?
17 A. That's correct.
18    MR. KUZMANOVIC: Individually?
19    MR. CADE: Well, individually, yes. To
20 the extent there's -- the corporation, it's still
21 Illinois.
22    THE WITNESS: The corporation is still
23 in Illinois.
24    BY MR. CADE:
25 Q. Correct. But to the extent it flows down to you

**Deposition of CHRIS E. CARHART, 11/25/13** — Page 201

1  as an individual from the corporation, that's
2  through the State of Florida?
3  A. I'm personally a resident of the State of Florida.
4  Q. Correct.
5  A. My wife is personally a resident in the State of
6  Florida, and the corporation is still registered
7  in Illinois.
8  Q. Turning to Interrogatory No. 5, the answer after
9  the objections indicates that the Carhart, Inc.,
10 the only location of its bank account is still the
11 MB Financial Bank in Aurora, Illinois?
12 A. Yes.
13 Q. Okay. Carhart, Inc., has no other bank
14 accounts --
15 A. No.
16 Q. -- anywhere in the United States?
17 A. No.
18 Q. What about globally? Does it have any bank
19 accounts outside of the United States?
20 A. Carhart Incorporated, no.
21 Q. Okay. This -- and I apologize, sir, for not
22 looking it up ahead of time, but I got a fair
23 amount of data in a short-term. This account
24 No. 108568400 --
25 A. Yes.