# EXHIBIT F

# Collier County Tax Collector

**Real Estate Account At 621 SEAVIEW CT, MARCO ISLAND 34145-4641**

Real Estate Account #74140800002 — Parcel details | Latest bill | Full bill history

**Pay All: $3,512.35**

| 2018 | 2017 | 2016 | 2015 | ... | 2009 |
|---|---|---|---|---|---|
| $3512.35 due | PAID | PAID | PAID | | PAID |

---

Larry H. Ray — Real Estate 2018 Annual Bill

Print this bill (PDF)

Collier Tax Collector — Notice of Ad Valorem Taxes and Non-ad Valorem Assessments

| Account number | Alternate key | Escrow code | Millage code |
|---|---|---|---|
| 74140800002 | 74140800002 | — | 182 |

**Pay this bill: $3,512.35**

Get Bills by Email

Pay your current taxes online at: http://www.colliertax.com/

**Owner**
CARHART, CHRIS E & KEXIN
3512 WHITE EAGLE DR
NAPERVILLE, IL 60564-4641

**Situs address**
621 SEAVIEW CT
MARCO ISLAND 34145-4641

**Legal description**
SOUTH SEAS EAST CONDOMINIUM APARTMENTS OF MARCO ISLAND BLDG P-2

## Ad Valorem Taxes

| Taxing authority | Millage | Assessed | Exemption | Taxable | Tax |
|---|---|---|---|---|---|
| GENERAL FUND | 3.5645 | 326,025 | 0 | 326,025 | $1,162.12 |
| C.C. WATER POLLUTION CTRL PGM | 0.0293 | 326,025 | 0 | 326,025 | $9.55 |
| SCHOOL BOARD - STATE LAW | 2.8210 | 326,025 | 0 | 326,025 | $919.72 |
| SCHOOL BOARD - LOCAL BOARD | 2.2280 | 326,025 | 0 | 326,025 | $726.38 |
| OPERATING CITY OF MARCO ISL | 1.8492 | 326,025 | 0 | 326,025 | $602.89 |
| WATER MANAGEMENT FUND-SOUTH FL | 0.1209 | 326,025 | 0 | 326,025 | $39.42 |
| BIG CYPRESS BASIN | 0.1231 | 326,025 | 0 | 326,025 | $40.13 |
| COLLIER MOSQUITO CONTROL | 0.1775 | 326,025 | 0 | 326,025 | $57.87 |
| VETERANS PARK BOND - MARCO | 0.0796 | 326,025 | 0 | 326,025 | $25.95 |
| Total | 10.9931 | | | | $3,584.03 |

## Non-Ad Valorem Assessments

| Levying authority | Rate | Amount |
|---|---|---|
| No non-ad valorem assessments. | | |

**Combined taxes and assessments: $3,584.03**

| If paid by: | Nov 30, 2018 | Dec 31, 2018 | Jan 31, 2019 | Feb 28, 2019 | Mar 31, 2019 |
|---|---|---|---|---|---|
| Please pay: | $3,440.67 | $3,476.51 | $3,512.35 | $3,548.19 | $3,584.03 |

**Pay this bill: $3,512.35**

Get Bills by Email

VISA | MasterCard | American Express Cards | DISCOVER NETWORK | e-check

© 1997–2019, Grant Street Group. All rights reserved. Help - Contact us - Terms of service - Tax Collector home


https://collier.county-taxes.com/public/real_estate/parcels/74140800002/bills/2559140

## 2018 Collier County Notice of Ad Valorem Taxes and Non-Ad Valorem Assessments

| If Paid By | Nov 30, 2018 | Dec 31, 2018 | Jan 31, 2019 | Feb 28, 2019 | Mar 31, 2019 |
|---|---|---|---|---|---|
| Please Pay | 3,440.67 | 3,476.51 | 3,512.35 | 3,548.19 | 3,584.03 |

| Parcel Number | Legal Description | Mill Code | Escrow Code |
|---|---|---|---|
| 74140800002 | SOUTH SEAS EAST CONDOMINIUM APARTMENTS OF MARCO ISLAND BLDG P-2 | 182 | |

CARHART, CHRIS E & KEXIN
3512 WHITE EAGLE DR
NAPERVILLE, IL   60564-4641

**Pay in U.S. Funds Drawn on a U.S. Bank To:**
Collier County Tax Collector
3291 E. Tamiami Trail
Naples, FL 34112-5758
POST DATED CHECKS ARE NOT ACCEPTED AND WILL BE RETURNED
Visit our website: www.colliertax.com

| Assessed Value | District | Mill Rate | Assessed Value | Exempt Amt | Taxable Value | Tax Amount |
|---|---|---|---|---|---|---|
| 326,025 | GENERAL FUND | 3.5645 | 326,025 | 0 | 326,025 | 1,162.12 |
| | C.C. WATER POLLUTION CTRL PGM | 0.0293 | 326,025 | 0 | 326,025 | 9.55 |
| | SCHOOL BOARD - STATE LAW | 2.8210 | 326,025 | 0 | 326,025 | 919.72 |
| Exemptions | SCHOOL BOARD - LOCAL BOARD | 2.2280 | 326,025 | 0 | 326,025 | 726.38 |
| | OPERATING CITY OF MARCO ISL | 1.8492 | 326,025 | 0 | 326,025 | 602.89 |
| | WATER MANAGEMENT FUND-SOUTH | 0.1209 | 326,025 | 0 | 326,025 | 39.42 |
| | BIG CYPRESS BASIN | 0.1231 | 326,025 | 0 | 326,025 | 40.13 |
| | COLLIER MOSQUITO CONTROL | 0.1775 | 326,025 | 0 | 326,025 | 57.87 |
| | VETERANS PARK BOND - MARCO | 0.0796 | 326,025 | 0 | 326,025 | 25.95 |

Please Retain this portion for your records

| **Millage Total** | 10.9931 | **Total Ad Valorem** | $3,584.03 |
|---|---|---|---|

Pay your current taxes online at:
http://www.colliertax.com/

| Non-Ad Valorem District | Type of Assessment | Amount |
|---|---|---|
| | | |

| **Non-Ad Valorem Total** | $0.00 |
|---|---|

| *See reverse side for important information* | **Combined Ad Valorem and Non-Ad Valorem Total** | $3,584.03 |
|---|---|---|

(Detach and Return with your Payment)

## 2018 Collier County Notice of Ad Valorem Taxes and Non-Ad Valorem Assessments

| If Paid By | Nov 30, 2018 | Dec 31, 2018 | Jan 31, 2019 | Feb 28, 2019 | Mar 31, 2019 |
|---|---|---|---|---|---|
| Please Pay | 3,440.67 | 3,476.51 | 3,512.35 | 3,548.19 | 3,584.03 |

| Parcel Number | Mill Code | Escrow Code |
|---|---|---|
| 74140800002 | 182 | |

| Legal Description |
|---|
| SOUTH SEAS EAST CONDOMINIUM APARTMENTS OF MARCO ISLAND BLDG P-2 |

CARHART, CHRIS E & KEXIN
3512 WHITE EAGLE DR
NAPERVILLE, IL   60564-4641

*Larry H. Ray*

1 74140800002 2018 2

RECEIPTS AVAILABLE ONLINE (www.colliertax.com) OR ON A WALK-IN BASIS AT ANY COLLIER COUNTY TAX COLLECTOR LOCATION.

Any errors on this Notice, please call the Property Appraiser (239) 252-8141. If you have sold any of the REAL ESTATE property assessed to you, PLEASE FORWARD THIS NOTICE to the new owner or return to sender.

Please mail or bring bottom portion of this Notice with your remittance.

Taxes and Non-Ad Valorem Assessments are due November 1, discounts have been computed as follows:
4% if paid in November          3% if paid in December          2% if paid in January          1% if paid in February

Taxes and Non-Ad Valorem Assessments become delinquent April 1, at which time the law imposes:
    REAL ESTATE & NON-AD VALOREM   A maximum of 18% per year plus other cost and fees. Tax Certificates will be sold pursuant to Florida Statutes.

    TANGIBLE PERSONAL PROPERTY   1 ½ % per month plus advertising and fees. Warrants will be issued pursuant to Florida Statutes.

TAX COLLECTOR   Responsible for preparation and mailing of tax notices based on information contained on the current tax roll certified by the Property Appraiser and Non-Ad Valorem assessments provided by the levying authorities.
(239) 252-8172

PROPERTY APPRAISER- Responsible for preparation of the current Ad Valorem Tax Roll, Assessed Value, Exemptions, Taxable Value, Assessed Owners(s), name and mailing address and legal description of the property. (239) 252-8141

See insert for telephone numbers of the authorities responsible for Ad Valorem and Non-Ad Valorem rates.

**Before April 1st, discounts are determined by postmark. As of April 1st, penalties are determined by date received. All payments made on or after April 1st must be in the form of cash, cashier's check or money order.**

You may make payment of your notice of taxes and assessments at the following offices Monday thru Friday.

| Office | Hours | | | Office | Hours | | |
|---|---|---|---|---|---|---|---|
| Main Office | 8:00 am | 5:00 pm | (239) 252-8172 | Immokalee Courthouse Annex | 8:00 am  5:00 pm | (239) 657-2054 |
| Naples City Hall | 9:00 am | 5:00 pm | (239) 434-5687 | Marco Island  1040 Winterberry Dr. | 8:00 am  5:00 pm | (239) 394-6986 |
| Eagle Creek Freedom Square | 9:00 am | 6:00 pm | (239) 417-3036 | Orange Blossom  2335 Orange Blossom Dr | 9:00 am  6:00 pm | (239) 252-8172 |
| Everglades City Courthouse | 8:00 am | 5:00 pm | (239) 695-2511 | | | |
| Golden Gate Center | 9:00 am | 6:00 pm | (239) 455-2858 | Wilson Blvd 50 S. Wilson Blvd. | 9:00 am  6:00 pm | (239) 348-1011 |
| Green Tree Shopping Center | 9:00 am | 6:00 pm | (239) 598-2525 | | | |