# EXHIBIT G

**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Caryl E. Delano
**Date filed:** 07/29/2016 **Date of last filing:** 12/21/2018
**Debtor discharged:** 04/19/2018

# Attorneys

| | | |
|---|---|---|
| **John S Biallas**<br>3N918 Sunrise Lane<br>St. Charles, IL 60174<br>630-513-7878<br>jsb70@comcast.net<br> *Assigned: 03/14/2017*<br> *LEAD ATTORNEY* | representing | **John S. Biallas**<br>3 N 918 Sunrise Lane<br>St. Charles, IL 60174<br>630-513-7878<br>630-578-0426 (fax)<br>jsb@comcast.net<br>*(Attorney)* |
| *Assigned: 03/15/2017*<br> *LEAD ATTORNEY* | representing | **Kexin Carhart**<br>*(Creditor)* |
| **Nathaniel Cade, Jr**<br>Cade Law Group, LLC<br>Post Office Box 170887<br>Milwaukee, WI 53217<br>414-255-3802<br>414-255-3804 (fax)<br> *Assigned: 10/25/2016*<br> *LEAD ATTORNEY* | representing | **Halaska International, Inc.**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>PO Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)* |
| | | **Halaska-Carhart International LLC**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>PO Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)* |
| | | **Christoper G. Halaska**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>P.O. Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)* |
| **Lara Roeske Fernandez**<br>Trenam, Kemker, et al<br>PO Box 1102<br>Tampa, FL 33601<br>813-223-7474<br>813-229-6553 (fax)<br>lrfernandez@trenam.com<br> *Assigned: 03/13/2017*<br> *TERMINATED: 12/21/2017* | representing | **Carhart-Halaska International LLC**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>PO Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)*<br>PRO SE |
| | | **Halaska International, Inc.** |

c/o Nathaniel Cade, Jr., Esq.
Cade Law Group, LLC
PO Box 170887
Milwaukee, WI 53217
*(Creditor)*

**Christoper G. Halaska**
c/o Nathaniel Cade, Jr., Esq.
Cade Law Group, LLC
P.O. Box 170887
Milwaukee, WI 53217
*(Creditor)*

**Richard J. Hollander**
Miller, Hollander & Jeda
5278 Golden Gate Pkwy., Suite 2
Naples, FL 34116
239-775-2000
239-775-7953 (fax)
millerandhollander@comcast.net
 *Assigned: 07/29/2016*

 *Assigned: 03/10/2017*

representing

**Chris E Carhart**
621 Seaview Court P2
Marco Island, FL 34145
*(Debtor)*

**John S. Biallas**
3 N 918 Sunrise Lane
St. Charles, IL 60174
630-513-7878
630-578-0426 (fax)
jsb@comcast.net
*(Attorney)*

representing

**Melissa H Jeda**
Miller, Hollander & Jeda
5278 Golden Gate Pkwy., Suite 2
Naples, FL 34116
239-775-2000
239-775-7953 (fax)
millerandhollander@comcast.net
 *Assigned: 08/17/2016*

representing

**Chris E Carhart**
621 Seaview Court P2
Marco Island, FL 34145
*(Debtor)*

**Amy M Kiser**
Gilbert Garcia Group P.A.
2313 W. Violet Street
Tampa, FL 33603
813-443-5087
813-443-5089 (fax)
bankruptcy@gilbertgrouplaw.com
 *Assigned: 05/08/2018*

representing

**BANK OF AMERICA**
C/O GILBERT GARCIA GROUP, P.A.
2313 W. VIOLET STREET
TAMPA, FL 33603
*(Creditor)*

**Stephanie C Lieb**
Trenam, Kemker
Post Office Box 1102
Tampa, FL 33601-1102
813-223-7474
813-229-6553 (fax)
slieb@trenam.com

representing

**Halaska International, Inc.**
c/o Nathaniel Cade, Jr., Esq.
Cade Law Group, LLC
PO Box 170887
Milwaukee, WI 53217
*(Creditor)*

|  |  |  |
|---|---|---|
| *Assigned: 10/24/2016*<br>*TERMINATED: 12/21/2017* |  | **Halaska-Carhart International LLC**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>PO Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)* |
|  |  | **Christoper G. Halaska**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>P.O. Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)* |
| *Assigned: 11/29/2016*<br>*TERMINATED: 12/21/2017* | representing | **Carhart-Halaska International LLC**<br>c/o Nathaniel Cade, Jr., Esq.<br>Cade Law Group, LLC<br>PO Box 170887<br>Milwaukee, WI 53217<br>*(Creditor)*<br>PRO SE |
| **Robert E Tardif, Attorney for Trustee**<br>Robert E. Tardif, Jr., P.A.<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>(239) 362-2755<br>(239) 362-2756 (fax)<br>rtardif@comcast.net<br>*Assigned: 09/23/2016*<br>*LEAD ATTORNEY* | representing | **Robert E Tardif, Jr.**<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>(239) 362-2755<br>(239) 362-2756 (fax)<br>rtardif@comcast.net<br>*(Trustee)* |

| PACER Service Center ||
|---|---|
| **Transaction Receipt** ||
| 01/04/2019 10:50:42 ||
| **PACER Login:** | natecade93:4061129:0 |
| **Client Code:** | Takada |
| **Description:** | Attorney List |
| **Search Criteria:** | 9:16-bk-06499-FMD |
| **Billable Pages:** | 2 |
| **Cost:** | 0.20 |