# EXHIBIT H

# Select a Case

There were **19 matching persons.**

There were **23 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|-----------|------------------------|-----------|-----------|-------------|
| Carhart, Chris E (pty) (2 cases) | 9:16-ap-00855-FMD | Carhart-Halaska International LLC et al v. Carhart | *Lead BK:* 9:16-bk-06499-FMD Chris E Carhart | 12/14/16 | Defendant | 03/21/18 |
| | 9:16-bk-06499-FMD | Chris E Carhart | 7 | 07/29/16 | Debtor | N / A |
| Carhart, Chris E. (pty) (1 case) | 9:16-ap-00804-FMD | Carhart-Halaska International LLC et al v. Carhart | *Lead BK:* 9:16-bk-06499-FMD Chris E Carhart | 11/29/16 | Defendant | 01/03/18 |
| Carhart, Chris Earl (pty) (1 case) | 9:16-ap-00804-FMD | Carhart-Halaska International LLC et al v. Carhart | *Lead BK:* 9:16-bk-06499-FMD Chris E Carhart | 11/29/16 | Defendant | 01/03/18 |
| Carhart, Chris Earl (pty) (1 case) | 9:16-bk-06499-FMD | Chris E Carhart | 7 | 07/29/16 | Debtor | N / A |
| Carhart, Joshua P (pty) (1 case) | 8:08-bk-07862-CPM | Joshua P Carhart | 7 | 05/30/08 | Debtor | 09/30/08 |
| Carhart, Joshua P. (pty) (1 case) | 8:17-bk-08865-CPM | Joshua Paul Carhart | 7 | 10/20/17 | Debtor | 10/30/18 |
| Carhart, Joshua Paul (pty) (1 case) | 8:17-bk-08865-CPM | Joshua Paul Carhart | 7 | 10/20/17 | Debtor | 10/30/18 |
| Carhart, Karen M. (pty) (1 case) | 8:10-bk-09960-MGW | Karen M. Carhart | 7 | 04/28/10 | Debtor | 05/28/14 |
| Carhart, Kexin (cr) (2 cases) | 9:16-bk-06499-FMD | Chris E Carhart | 7 | 07/29/16 | Creditor | N / A |
| | 9:17-ap-00505-FMD | Tardif, Jr. v. Carhart | *Lead BK:* 9:16-bk-06499-FMD Chris E Carhart | 06/22/17 | Defendant | N / A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Carhart, Melody (pty) (1 case) | 3:17-bk-02017-JAF | Melody A Mosher | | 05/31/17 | Debtor | 08/30/17 |
| Carhart, Michael E. (pty) (1 case) | 6:10-bk-08778-ABB | Michael E. Carhart | 7 | 05/21/10 | Debtor | 09/21/10 |
| Carhart, Paula (pty) (1 case) | 9:09-bk-03923-FMD | Paula Sue Campbell | 13 | 03/02/09 | Debtor | 06/12/13 |
| Carhart, Paula Sue (pty) (1 case) | 9:08-bk-04301-ALP | Paula Sue Carhart | 13 | 03/31/08 | Debtor | 10/28/09 |
| Carhart, Peter G. (pty) (1 case) | 8:07-bk-00339-CPM | Peter G. Carhart | 7 | 01/16/07 | Debtor | 04/30/10 |
| Carhart, Tanesha A (pty) (1 case) | 9:08-bk-07802-JPH | Tanesha A Carhart | 13 | 05/30/08 | Debtor | 11/29/11 |
| Carhart, Tiffany Gele (pty) (1 case) | 6:02-bk-03596-KSJ | Tiffany Gele Carhart | 7 | 04/09/02 | Debtor | 08/16/02 |
| Carhart-Coffman, Tanesha (pty) (1 case) | 9:08-bk-07802-JPH | Tanesha A Carhart | 13 | 05/30/08 | Debtor | 11/29/11 |
| Carhart-Halaska International LLC (cr) (3 cases) | 9:16-ap-00804-FMD | Carhart-Halaska International LLC et al v. Carhart | *Lead BK:* 9:16-bk-06499-FMD Chris E Carhart | 11/29/16 | Plaintiff | 01/03/18 |
| | 9:16-ap-00855-FMD | Carhart-Halaska International LLC et al v. Carhart | *Lead BK:* 9:16-bk-06499-FMD Chris E Carhart | 12/14/16 | Plaintiff | 03/21/18 |
| | 9:16-bk-06499-FMD | Chris E Carhart | 7 | 07/29/16 | Creditor | N / A |
| Carhartt, Lee Samels (pty) (1 case) | 6:09-bk-14380-ABB | Lee Samels Carhartt | 7 | 09/25/09 | Debtor | 02/01/10 |



| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/06/2019 12:30:24 | | |
| **PACER Login:** | natecade93:4061129:0 | **Client Code:** | Takada |
| **Description:** | Search | **Search** | LName: carhart |

| | | |
|---|---|---|
| | Criteria: | |
| **Billable Pages:** 1 | Cost: | 0.10 |