# EXHIBIT I

Case 18-00273  Doc 19-9  Filed 01/06/19  Entered 01/06/19 12:58:13  Desc Exhibit
Page 2 of 4
9:17-ap-00505-FMD Tardif, Jr. v. Carhart
Case type: ap **Related bankruptcy:** 9:16-bk-06499-FMD **Judge:** Caryl E. Delano
**Date filed:** 06/22/2017 **Date of last filing:** 11/30/2017

# Attorneys

| | | |
|---|---|---|
| **Richard J. Hollander**<br>Miller, Hollander & Jeda<br>5278 Golden Gate Pkwy., Suite 2<br>Naples, FL 34116<br>239-775-2000<br>239-775-7953 (fax)<br>millerandhollander@comcast.net<br> Assigned: 07/24/2017 | representing | **Kexin Carhart**<br>c/o John S. Biallas<br>3 N. 918 Sunrise Lane<br>St. Charles, IL 60174<br>*(Defendant)* |
| **Robert E Tardif, Attorney for Trustee**<br>Robert E. Tardif, Jr., P.A.<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>(239) 362-2755<br>(239) 362-2756 (fax)<br>rtardif@comcast.net<br> Assigned: 06/23/2017<br> LEAD ATTORNEY | representing | **Robert E Tardif, Jr.**<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>(239) 362-2755<br>(239) 362-2756 (fax)<br>rtardif@comcast.net<br>*(Plaintiff)* |

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 01/04/2019 15:40:29 | |
| **PACER Login:** natecade93:4061129:0 | **Client Code:** Takada |
| **Description:** Attorney List | **Search Criteria:** 9:17-ap-00505-FMD |
| **Billable Pages:** 1 | **Cost:** 0.10 |

United States Bankruptcy Court
Middle District of Florida

Tardif, Jr.,
    Plaintiff

Adv. Proc. No. 17-00505-FMD

Carhart,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-9     User: dvalencia     Page 1 of 1     Date Rcvd: Oct 26, 2017
                     Form ID: Dntcpsca    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
dft          +Kexin Carhart,   c/o John S. Biallas,   3 N. 918 Sunrise Lane,   St. Charles, IL 60174-5081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
         Richard J. Hollander    on behalf of Defendant Kexin  Carhart millerandhollander@comcast.net, backupnotices@comcast.net;mhbknotices@gmail.com
         Robert E Tardif, Attorney for Trustee    on behalf of Plaintiff Robert E Tardif, Jr. rtardif@comcast.net, graceheidkamp@gmail.com;blkenney2@comcast.net
         Robert E Tardif, Jr.    rtardif@comcast.net, graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.epiqsystems.com
         Robert E Tardif, Jr.    on behalf of Plaintiff Robert E Tardif, Jr. rtardif@comcast.net, graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.epiqsystems.com
                                                                                                   TOTAL: 4

**[Dntcpsca]** [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 9:16−bk−06499−FMD
Chapter 7

Chris E Carhart

_____Debtor\*_____/

Robert E Tardif Jr.

Plaintiff\*

vs.  Adv. Pro. No. 9:17−ap−00505−FMD

Kexin Carhart

_____Defendant\*_____/

NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held in Room 4−117, Courtroom E, United States Courthouse, 2110 First St., Fort Myers, FL 33901, on November 16, 2017, at 10:30 AM , before the Honorable Caryl E. Delano, United States Bankruptcy Judge.

2. All pending motions, other than Motions for Summary Judgment, may be heard at the Pretrial/Status Conference.

3. Parties are reminded to comply with all requirements of Local Rule 7001−1.

4. Avoid Delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

|  |  |
|---|---|
| Dated: October 26, 2017 | FOR THE COURT |
|  | Sheryl L. Loesch , Clerk of Court |
|  | 801 N. Florida Ave. Suite 555 |
|  | Tampa, FL 33602−3899 |

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.