# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Pamela S. Hollis     **Date** August 9, 2019

**Bankruptcy Case No.** 16 B 24720     **Adversary No.** 18 A 00273

**Title of Case** Carhart, Inc.; Takada, not individually but as Chapter 7 Trustee v. Carhart

**Brief Statement of Motion** Complaint.

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Leave given Trustee Plaintiff to file and serve a response on or before September 6, 2019.

Defendant's reply is due on or before September 27, 2019.

Set for STATUS on October 18, 2019 at 10:15 a.m. at Joliet City Hall, 150 W. Jefferson St., 2nd Floor, Joliet, IL 60432.

*/s/ Pamela S. Hollis*