## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16 B 24720 |
| CARHART, INC., ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ————————————————— ) | |
| ) | |
| JOJI TAKADA, NOT INDIVIDUALLY BUT AS ) | |
| CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ) | |
| ESTATE OF CARHART, INC., ) | Adv. No. 18 A 273 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Pamela S. Hollis |
| KEXIN CARHART, ) | |
| ) | |
| Defendant. ) | |

### SCHEDULING AND DISCOVERY ORDER

This proceeding came before the court for oral argument on the motions to dismiss at EOD 33 and EOD 48. The court reviewed the memoranda of law, and heard the arguments of counsel. For the reasons stated in open court, **IT IS HEREBY ORDERED THAT**:

1. Discovery may be initiated and must be completed by June 8, 2020.

2. Plaintiff is granted leave to amend the complaint through and including June 29, 2020.

3. Status on the motions to dismiss and on the proceeding is continued to March 27, 2020, at 9:30 a.m. at 150 West Jefferson Street, 2nd Floor, Joliet, Illinois.

ENTERED:

December 6, 2019

_____
WILLIAM V. ALTENBERGER
United States Bankruptcy Judge