**UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CARHART, INC.,<br><br>Debtor. | Case No. 16 B 24720<br><br>Chapter 7 |
| JOJI TAKADA, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CARHART, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEXIN CARHART,<br><br>Defendant. | Adv. No. 18 A 273<br><br>Judge LaShonda A. Hunt |

## SCHEDULING AND DISCOVERY ORDER

This matter came before the court for a status hearing on the pending motions to dismiss and discovery, with counsel for both parties present and the court being duly advised,

**IT IS HEREBY ORDERED THAT:**

1. The deadline to complete all discovery is extended to July 15, 2020.

2. A telephonic status hearing to address the motions to dismiss and any deadline for the trustee to file an amended complaint will be held on July 17, 2020, at 9:30 a.m. in accordance with Second Amended General Order 20-03.

ENTERED:

Dated: May 22, 2020

_____
Honorable LaShonda A. Hunt
United States Bankruptcy Judge