**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Carhart, Inc., | ) | Bankruptcy Case Number: 16-24720 |
| Debtor. | ) | |
| ---------------------------------------------- | ) | Chapter 7 |
| | ) | |
| Joji Takada, Not Individually, but as | ) | Judge LaShonda A. Hunt (Joliet) |
| Chapter 7 Trustee for the Bankruptcy | ) | |
| Estate of Carhart, Inc., | ) | Adversary Case Number: 18-273 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kexin Carhart, | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

*To*: *See Page 2 for Service List* (to whom copies were duly mailed pursuant to below proof of service).

**PLEASE TAKE NOTICE** that on June 26, 2020 at 9:15 am, or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt, Bankruptcy Judge, usually occupied by her at the Joliet City Hall (2nd Floor), 150 West Jefferson Joliet, Illinois 60432 or before any other Bankruptcy Judge who maybe sitting in her place and stead, and then present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

***This motion will be presented and heard telephonically.*** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

*If you object to this motion* and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

      The undersigned hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above (and per attached service list, which is incorporated hereby) as to the Trustee's Counsel and Debtor's Counsel via electronic notice on June 14, 2020, and as to the Trustee's Counsel, Debtor's Counsel, and Defendant by causing the same to be mailed in a properly addresses envelope, postage prepaid from 18927 Hickory Creek Drive, Suite 115, Mokena, Illinois 60448, before the hour of 5:00 pm on June 14, 2020, unless a copy was provided electronically by the Bankruptcy Court.

                    /s/ Firas M. Abunada
                    Attorney for the Defendant

## Service List

---

| | |
|---|---|
| Office of the United States Trustee<br>Dirksen Federal Building<br>219 S. Dearborn Street – Suite 873<br>Chicago, Illinois 60604<br>(Sent via ECF) | United States Trustee |

---

| | |
|---|---|
| Nathanial Cade, Jr.<br>Cade Law Group, LLC<br>P.O. Box 170887<br>Milwaukee, Wisconsin 53217<br>(Sent via ECF and USPS) | Trustee's / Plaintiff's Counsel |

---

| | |
|---|---|
| John S. Biallas<br>John S. Biallas, Attorney at Law<br>3N918 Sunrise Lane<br>St. Charles, Illinois 60174<br>(Sent via ECF) | Attorney for the Debtor |

---

| | |
|---|---|
| Kexin Carhart<br>1489 Aberdeen Court<br>Naperville, Illinois 60564<br>(Sent USPS) | Defendant |

---

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed on page 2, as to the Trustee's Counsel and Debtor's Counsel via electronic notice on June 14, 2020 and as to the Trustee's Counsel, Debtor's Counsel, and Defendant by causing the same to be mailed in a properly addresses envelope, postage prepaid from 18927 Hickory Creek Drive, Suite 115, Mokena, Illinois 60448, before the hour of 5:00 pm on June 14, 2020.

                                      /s/ Firas M. Abunada
                                      Attorney for the Defendant

Firas M. Abunada, Attorney at Law
18927 Hickory Creek Drive, Suite 115
Mokena, Illinois 60448
Phone Number: 708-590-8352
Direct Number: 815-450-9340
Fax Number: 708-873-9555
Email: fma@firaslaw.com