## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16bk24720 |
|     Carhart, Inc., | ) | Chapter 7 |
| | ) | |
|         Debtor. | ) | Judge LaShonda A. Hunt |
| | ) | |
| Joji Takada, not individually but as chapter 7 | ) | Adv. No. 18ap00273 |
| Trustee for the bankruptcy estate of Carhart, Inc., | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Kexin Carhart | ) | |
| | ) | |
|         Defendant, | ) | |
| | ) | |

### ORDER

This matter came before the court for a continued status hearing on discovery and for consideration of Defendant Kexin Carhart's motions to dismiss Plaintiff Trustee Joji Takada's adversary complaints (Dkts. 33, 48), with counsel for each party appearing, and the court having heard their respective positions,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motions to dismiss are taken under advisement and will be ruled upon on or before October 2, 2020.

2. All discovery is stayed pending ruling on the motions to dismiss.

3. This adversary proceeding and all outstanding motions concerning discovery are continued for a telephonic status hearing on **October 2, 2020, at 9:30 a.m.**

ENTER:

Dated:  August 12, 2020

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge